**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

| IN RE: PATRICIA ANN BAYNE | CHAPTER 13 |
|---|---|
|  | CASE NO. 11-61610 |

**O R D E R**

The above-captioned matter is deficient in the following area(s):

____ The petition was filed without certain required schedules and/or statements of financial affairs.

____ The petition was filed without official form B22 (Means Test Calculation).

XX The petition was filed without a certification that he/she has received an approved credit counseling briefing in the 180 day period preceding the filing of the petition or a certification of exigent circumstances.

It is accordingly

**O R D E R E D**

that failure to cure said deficiency(ies) within fourteen (14) days from the date the petition was originally filed, or to file a pleading within such time requesting a hearing upon such asserted deficiency(ies), this case may be dismissed without further notice or hearing.

Service of a copy of this Order shall be made to debtor(s) and counsel for debtor(s); trustee, and other parties as may be appropriate.

Entered: June 28, 2011

_____
**WILLIAM E. ANDERSON, JUDGE**

United States Bankruptcy Court
Western District of Virginia

In re:                                                                 Case No. 11-61610-wea
Patricia Ann Bayne                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0423-6          User: whitek              Page 1 of 1              Date Rcvd: Jun 28, 2011
                              Form ID: pdf003           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2011.
db          +Patricia Ann Bayne,   286 Old Kings Rd,   Drakes Branch, VA 23937-2323

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 30, 2011**                  **Signature:** _Joseph Speetjens_